KMP

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07CR36-F2

**FILED**
MAR 2 8 2007
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | I N D I C T M E N T |
| DARIUS LAMONT GALLOWAY | : | |

The Grand Jury charges that:

On or about February 2, 2006, in the Eastern District of North Carolina, the defendant, DARIUS LAMONT GALLOWAY, did knowingly, intentionally and unlawfully possess with intent to distribute 50 grams or more of a mixture containing cocaine base (crack), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(a)(iii).

A TRUE BILL

GEORGE E. B. HOLDING
United States Attorney

By: _____
KELLY M. PERRY
Assistant United States Attorney

Case 7:07-cr-00036-F   Document 1   Filed 03/28/07   Page 1 of 1