UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-36-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARIUS LAMONT GALLOWAY, | ) | |
| Defendant. | ) | |

The defendant, whose case is pending on direct appeal, has filed a *pro se* "Motion to Request Production of Sound Recordings" [DE-154] pursuant to Fed. R. Civ. P. 34(a). He seeks to purchase "the entire audio recording of petitioner's trial" at his own cost.

Audio recordings are not maintained by the court for purchase. The official trial transcript is the written transcript produced by the official court reporter. That transcript in this case was filed on January 12, 2011, in conjunction with the pending appeal.

Accordingly, the defendant's "Motion to Request Production of Sounds Recordings" [DE-154] is DENIED.

SO ORDERED.

This 23rd day of March, 2011.

JAMES C. FOX
Senior United States District Judge